NO. 07-08-0153-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 29, 2008

_____

MICHAEL GOFF, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY;

NO. 43,950-B; HON. ROY T. SPARKMAN, PRESIDING

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.


ORDER ON APPELLANT'S MOTION TO NON-SUIT OR DISMISS APPEAL


Before the Court is appellant's motion to dismiss this appeal pursuant to rule 42.2 of the Texas Rules of Appellate Procedure. Rule 42.2 states that at any time before the appellate court's decision, the appellate court may dismiss an appeal upon the appellant's motion. TEX. R. APP. P. 42.2(a). The appellant and his attorney must sign the written motion to dismiss. Id.

Upon review of appellant's motion, all of the requirements of rule 42.2(a) have been satisfied. The Court has considered appellant's motion and concludes the motion should be granted and the appeal dismissed.

Therefore, we dismiss this appeal.


Mackey K. Hancock
Justice

Do not publish.